1
2
3
4
5 `
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE JEAN KING,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br> ALASKA SEABOARD PARTNERS, a  )  <br> Delaware Limited Partnership )  <br> and Does 1 through 10,  )  <br> inclusive,  )  <br>  )  <br>  Defendant.  )  <br>  )  <br> _____  ) | Case No. CV 09-00575 DDP (PLAx)  <br>  <br> **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff brought suit in District Court alleging state law claims and asserting diversity jurisdiction. The Court is not convinced that complete diversity exists between the parties or that the amount in controversy exceeds $75,000. See 28 U.S.C. § 1332(a).

The Court orders the parties to file cross-briefs, not to exceed ten pages, on or before March 9, 2009, to show cause why this action should not be dismissed for failure to establish federal jurisdiction. The briefs should set forth the citizenship

of all parties to this action and allegations sufficient to show that the amount in controversy exceeds $75,000.  The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles.  If a party does not file a brief, the Court will regard that party as not opposing dismissal of this matter.

IT IS SO ORDERED.

Dated: February 26, 2009

_____
DEAN D. PREGERSON
United States District Judge